## GRAY v. ORANGE COUNTY HEALTH DEPT.

No. 309P95

Case below: 119 N.C.App. 62

Petition by petitioner (John D. Gray) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## HORTON v. CAROLINA MEDICORP

No. 383PA95

Case below: 119 N.C.App. 777

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1995.

## IN RE APPEAL OF BELK-BROOME CO.

No. 343PA95

Case below: 119 N.C.App. 470

Petition by respondent (Catawba County) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1995.

## IN RE APPEAL OF MAY DEPARTMENT STORES CO.

No. 344PA95

Case below: 119 N.C.App. 596

Petition by respondent (Forsyth County) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1995.

## IN RE ESTATE OF PATE

No. 293P95

Case below: 119 N.C.App. 400

Petition by respondent (Margaret Clark Pate) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.